TAUNTON OFFICE
128 Dean Street, Front, 1st Floor
Taunton, MA
Tel: 508-884-5055
Fax: 508-884-5056

MAINE/NH OFFICE
400 Commercial St., Suite 4
Portland, ME 04101-4660
Tel: 207-775-7933
Fax: 207-775-7471

**Marine Safety Consultants, Inc.**

Tel: (508) 996-4110
Fax: (508 990-2094

26 Water Street P.O. Box 615 Fairhaven, MA 02719-0615

February 18, 2008
File No.: 07-1391

Mr. Anthony Aurgemma
375 Gilbert Stuart Drive
Warwick, RI 02818

# CONDITION SURVEY

VESSEL :M/V ANDIAMO!
OFF. NO. : 1189352
OWNER : Anthony J. Aurgemma

DATE OF LOSS: August 10, 2006
HIN: XAX43436F607
MANUFACTURER.: Azimut Benetti Spa

This will serve as our report for a survey conducted by the undersigned on December 20, 2007 and subsequent dates at the request of Mr. Anthony Aurgemma, (referred to hereafter as the claimant) owner of the above vessel relevant to certain damages and deficiencies noted onboard the vessel before and after delivery of the vessel in which the claimant from August 10, 2006 to date has been denied acceptable resolution by all parties of interest regarding these damages and deficiencies. The parties of interest to date are as follows.

**VESSEL MANUFACTURER**
Azimut Yachts
Via M.L. King, 9-11
10051 Avigliana (Torino) Italy
Phone: +39 011 93.161
www.azimutyachts.com

**Dealer**
Surfside 3/Marine Max
Point Judith Marina
392-D Gooseberry Road
Wakefield, RI 02879
Paul Litwin
401 782 9100

**Dealer**
Choice Marine Brokers, LLC
3890 Post Road, Suite 8
Warwick, RI 02886
Contact: Darren Thurman
401 886 8006

The claimant (Anthony Aurgemma) interested in purchasing a new 2007 model year upscale 43' Azimut Yacht contacted Choice Marine Brokers, LLC, Warwick, RI. The claimant placed an order for a new vessel on May 25, 2006 with the claimant taking delivery on August 10, 2006.

During the selling process the owner of Choice Marine Brokers LLC (Paul Litwin) left the company to become employed full time with Surfside 3. Surfside 3 is a Long Island, NY based company started during 1968 by brothers, Matthew and Paul Barbara. Surfside 3 is reported to be comprised of the largest independent network of yacht dealerships in the Northeast.

On or about April 3, 2006 MarineMax, Inc. purchase Surfside 3 which included eight (8) locations throughout New York, Connecticut, Rhode Island and Maryland. Surfside 3 also operated seven (7) affiliated distribution centers which were included in the sale.

MarineMax, Inc is a Clearwater, Florida Corp headed by CEO William McGill, Jr, who has held that position since the company's inception during 1998. The company markets up-scale yachts through approximately eight-eighty (88) retail locations in twenty-two (22) states.

In the absence of Mr. Litwin leaving Choice Brokers LLC to seek employment with Surfside 3, salesperson Mr. Darren Thurman would assist the claimant in completing the purchase of his new vessel.

Mr. Thurman invited the claimant to view a new 43' Azimut which his dealership had sold recently to a customer referred to as Mr. Fiske. Mr. Thurman apparently alerted the claimant they would observe random staining of Mr. Fiske's vessel's overhead interior liner as a result of rainwater leaking through the flybridge hardware fasteners. Mr. Thurman explained certain flybridge components and hardware had to be removed to relocate the vessel to a boat show and when company personnel reinstalled the flybridge components and hardware they inadvertently used the incorrect fasteners resulting in rainwater passing by the fasteners. Mr. Thurman assured the claimant his new vessel would not have this problem. Unfortunately, the claimant's vessel does have this problem with all parties of interest either unwilling or unable or perhaps a combination of both to complete suitable repairs to stop this leaking which has now ruined the entire overhead liner in the vessel.

Further, the claimant finding the interior décor of Mr. Fiske's vessel attractive and to his liking <u>ordered the exact</u> same interior for his vessel as shown in the manufacturer's brochure. The claimant would be disappointed when his vessel arrived to learn the interior décor of his vessel was not what he had ordered, is not like Mr. Fiske's interior and is not the same interior shown in the manufacturer's brochure. This issue remains to be resolved.

On a subsequent visit to Mr. Fiske's vessel, Mr. Thurman took the claimant on a sea trial for the purpose of demonstrating the vessel's handling characteristics. During the sea trial the claimant alerted Mr. Thurman the vessel's propulsion drive system was experiencing a vibration problem. Mr. Thurman reportedly assured the claimant his vessel would not incur this problem because the vessel manufacturer was aware of the problem and has issued a service bulletin describing the necessary modifications to eliminate the vibration. It should be noted at this time the claimant's vessel was in production.

It should also be noted the claimant experienced no vibration in either the port or starboard propeller shafts from the time he took delivery of the vessel on August 10, 2006 until the time he hauled the vessel for winter storage during the fall of 2006. On January 13, 2007 the claimant visited the dealer's booth at the Providence Boat Show, Providence, RI and was disappointed and surprised to learn there was a "service bulletin" for both of his vessel's ZF Marine reverse/reduction gears. The dealer did service both gears in accordance with the manufacturer's instructions. The claimant remains disappointed and concerned because he learned of this required service by visiting the boat show and he was advised by Mr. Thurman earlier during the sea trial his vessel would not encounter this condition or require follow up service.

The claimant took delivery of his vessel on Thursday, August 10, 2006 using the vessel over that weekend. On Monday, August 14, 2006, the claimant emailed a list of deficiencies he observed during the past weekend cruise to Mr. Litwin at Surfside 3 and Mr. Thurman at Choice Marine Brokers. This "punch list" consisted of nineteen (19) items. The claimant was very concerned because there was a heavy odor/concentration of diesel fuel in the living quarters and his family, including his children were onboard for that particular cruise. Absence was the vessel's carbon monoxide detector. The claimant reports when he mentioned the absence of this important device to Mr. Thurman, Mr. Thurman was abrupt saying "Azimut does not provide a carbon monoxide detector-read your manual". The claimant advised Mr. Thurman the vessel manufacturer owner's manual does in fact include a carbon monoxide detector as recorded on pages 87 to 89. The dealer installed a carbon monoxide detector onboard the claimant's vessel during June 2007.

During our survey we observed the following deficiencies which the claimant now brings a claim seeking resolution. These deficiencies include but are not limited to:

Item 1) The vessel is equipped with twin inboard Cummins diesel engines. The engines are a model QSB5.9 (425 hp each). During winterization of the vessel's diesel engines during the fall of 2007, Mr. Drew Nicholson representing Nicholson Marine serviced both engines for the winter storage season. Mr. Nicholson alerted the claimant there appeared to be soot in the starboard engine coolant. The claimant contacted Point Judith Marina, Wakefield, RI an authorized Cummins Dealer to request their assistance in resolving this issue under the engine manufacturer's warranty. Point Judith Marina personnel did take samples of the starboard engine coolant. The results of the laboratory analysis for the samples has not been provided to date. We would recommend further investigation by Cummins Northeast Distributor to resolve the issue at hand under the manufacturer's warranty.

Item 2) The vessel is equipped with a three (3) zone air conditioning system. This includes two (2) staterooms and the cabin area. The air conditioning system cycles on/off constantly, perhaps every five (5) to seven (7) seconds. The air conditioning unit was manufactured by Webasto. The Purchase Sales Agreement records a Crusair 40,000 BTU unit. The claimant contacted Webasto in hopes of finding a resolution since Choice Marine Brokers LLC, Surfside 3 and Marine Max were not providing assistance in this matter. The claimant learned from Webasto personnel this unit is incorrect for this vessel.

It is noted on the date of delivery the dealer simply noted in hand writing on the invoice the air conditioning unit was a Webasto and not Crusair. To date the claimant has had no resolution regarding this deficiency.

Item 3) The port side electric vent window failed during the vessel's first cruise. The dealer has repaired this window and the electric motor has failed again. To date the dealer has been unresponsive to completing suitable repairs. We recommend a qualified person complete repairs to the window under the manufacturer's warranty.

Item 4) The wood trim on the left side of the loveseat is dinged and requires repair. The dealer has made a poor repair and refuses to complete a suitable repair. We recommend a qualified repair person complete a repair in keeping with good marine practice to return the wood trim to its near original condition.

Item 5) The overhead liner in the lower stateroom is missing its caps to cover the fasteners. We would recommend the dealer provide and install such caps.

Item 6) The wood door on the interior freezer did not fit properly. The claimant has completed repairs since the dealer would not.

Item 7) On the pull out drawer beneath the couch there were two (2) screws protruding into the drawer. The claimant has either removed or shorten the screw fasteners.

Item 8) On the starboard rear corner of the _____ there is a chip/blister in the gelcoat approximately ¾ up. We would recommend suitable repairs be provided in keeping with good marine practice.

Item 9) The door located in the head below the sink was damaged and repaired by the claimant.

Item 10) Random porthole windows need to be tightened. We recommend this be accomplished by the dealer under the vessel's warranty.

Item 11) The vessel's Corian countertop has one fore/aft large scratch. The claimant showed this scratch to Mr. Thurman prior to taking delivery of the vessel. Mr. Thurman assured the claimant he would take care of the scratch by sanding and fairing. To date this issue remains unresolved.

Item 12) The vessel's boot top is not positioned properly. Azimut personnel were onboard the vessel to attempt to repair random leaks during March 2007. While onboard the vessel they offered to paint the bottom and raise the boot top. The claimant's position is the boot top should have been properly positioned initially.

Item 13) The vessel is equipped with a sun pad cushion for the foredeck. The port cushion had a tear in it upon delivery. The claimant finally received a new cushion during the summer of 2007, but learned it was the wrong cushion. The height of this replacement cushion did not match the original cushion. A third cushion would eventually be provided however it was the wrong color. During the Azimut rendezvous at Newport, RI, Azimut personnel sewed a cushion together to make it useable. The claimant requested on several occasions a full set replacement as described in his purchase order. We consider this an improper repair and recommend new cushions be provided in accordance with the purchase agreement.

Item 14) The anchor chain counter on the bridge is inoperative. Upon delivery of the vessel the instrument did not work at all. The dealer subsequently got the unit to function but the read out for the anchor scope is incorrect.

Item 15) Located in the galley in front of the circle window port side there was a screw fastener hanging from the overhead. The dealer has since repaired this poor workmanship.

Item 16) The manufacturer's warranty book was found to be extremely wet upon delivery of the vessel and was not legible or usable. The claimant has attempted to have the dealer provide a replacement warranty book without success. We recommend the manufacturer provide a legible warranty book.

Item 17) There is a ding/scratch on the surface of the salon table. This deficiency was noted prior to the claimant taking delivery of the vessel and remains an outstanding issue.

Item 18) The Cummins diesel engines were required to be serviced after 20 operating hours. The claimant has contacted the dealer on several occasions and to date the required service has not been performed.

Item 19) The rubber ceiling gasket on the forward facing windshield has a small air pocket/bubble in it. The dealer has advised the claimant to "not worry about it". We recommend the gasket be removed and seated properly to prevent moisture and water from coming in contact with the windshield frame.

Item 20) On the port side of the teak swim platform forward corner there is a small area of delamination. The claimant showed to this defect to Mr. Thurman who stated this was a manufacturing flaw.

Item 21) The dealer/manufacturer has attempted to locate and stop all internal leaks from rainwater passing by deck hardware and staining the overhead liner as well as other interior items. All bow rails have been caulked. On many of these stanchion bases the caulking has been applied poorly. We recommend removing the existing caulking and re-caulking all life line stanchions with a suitable product with finishing application to be of yacht grade.

Item 22) The base of the remote searchlight located above the superstructure on centerline was delivered in good condition. However the mechanism that drives the light was faulty. Surfside 3/Marine Max personnel damaged the base of the remote light while completing repairs to the drive mechanism. The base of the remote operated light remains damaged today.

Item 23) There are random hairline cracks around the bi-level foredeck and on the inboard side of the ladder leading up to the flybridge. We would recommend these deficiencies be repaired using good marine practice.

Item 24) On the flybridge deck, aft to port, by the ladder there is a fractured plastic deck drain cap. We recommend providing and installing a new deck drain cap.

Item 25) The vessel's hot water heater is not functioning properly in that the water gets extremely hot and then cools. We recommend a qualified repair technician troubleshoot and make repairs as necessary.

Item 26) The port trim tab indicator is not working properly. We recommend the indicator be made functional in accordance with the manufacturer's instructions.

Item 27) There are random handprints on the overhead liner and interior upholstery where repair personnel have attempted to locate and stop random leaks which will require replacing the overhead liner and upholstery with new.

Item 28) There is a piece of wood that is delaminating in the head where water has leaked in. We recommend replacing this section of trim with new.

Item 29) The washdown at the swim platform incurred a fractured handle. The dealer replaced the handle and it has again failed.

Item 30) The teak bull nose at the aft section of the boat at the entrance is split. The dealer has made a partial repair but the repair needs to be completed. Additionally the teal trim fitted to the ladder leading to the fly bridge is also cracked. Mr. Thurman once again stated these deficiencies were manufacturing flaws.

Item 31) Repair personnel removed the ceiling panel in the area of the sliding door to determine the source of leaks. When personnel attempted to reinstall the ceiling paneling they encountered difficulty and as a result cut away two (2) structural stringers out of the flybridge overhead. The stringers were originally installed enclosed in fiberglass and now the remaining stringer reveals exposed bare wood. We recommend the stringers be replaced in there entirety and fiberglass covered.

Item 32) The support section for the overhead liner in the main cabin for attaching the headliner to is randomly stained from water leaks and is now resulting in mildew hazard.

Item 33) The ceiling panels in the main cabin now revealed mildew growth as a result of extended leaks to the overhead.

Item 34) There is a section of a bulkhead missing in the main cabin and to the lower stateroom in which the dealer has applied an unknown type of insulation. Exhaust fumes can be detected in the living quarters which is a serious hazardous condition.

Item 35) The dealer has applied an unknown type of spray insulation where the pieces of the bulkhead are missing in the main cabin.

Item 36) The dealer has also applied an unknown type of spray insulation at the location of the radar in an attempt to stop random leaks. There are now gapping holes in this area and the repair is poorly completed.

Item 37) There are three (3) to four (4) or perhaps more panels that cause disturbing nose when the vessel is underway as a result of being removed and installed on numerous occasions.

Item 38) The overhead fiberglass attachment in the main cabin is delaminated/cracked where the ceiling panels have been removed and reinstalled on numerous occasions.

Item 39) The dealer has replaced an arm over the galley sink in a different location than original leaving the original fastener holes exposed. The wood trim will need to be removed and replaced in its entirety to accomplish a suitable match.

Item 40) The curtain rod remains missing in the main cabin where leading from the aft deck.

Item 41) The vessel's automatic grey water tank switch is inoperative. This was discussed during a Azimut rendezvous with no resolution provided. This mean the holding tank must be emptied using the manual switch instead of the tank being emptied automatically.

Item 42) The anchor clip to secure the anchor chain has been fractured. The dealer has stated it is not needed and therefore has not provided and installed a new anchor chain clip.

Item 43) The front windshield area gasket is not properly set with the gasket extending to the left accessibly. We recommend the windshield be removed and the gasket properly set and the windshield installed properly.

Item 44) The wall-to-wall carpeting in the cabin has been exposed such significant amounts of water and various attempts to repair leaks it is stained and must be replaced with new.

Item 45) The cherry wood switch panel cover at the helm station paneling has never been realigned as the dealer agreed resulting in damage to the wood trim.

Item 46) The fiberglass is flaking at the right side of the sliding door as a result of a poor repair.

Item 47) The 50 amp shore power splitter was removed from the vessel by the dealer and never replaced.

Item 48) The helm seat on the flybridge has a canvas cover to protect it from the elements when the vessel is unattended. This canvas cover is of poor quality and does not protect the helm seat from the elements. When the cover is removed and weight is applied to the seat water will leak from the seat cushions.

Item 49) There is random continuous leaking throughout the interior of the vessel including the ceiling, starboard side weld, and under the vent above the galley stove. There is also a repair on the foredeck, portside under the sun pad. This is a poor repair and most likely will leak in the not to distant future.

Item 50) In the engine compartment on the starboard side at the deck drain water manifold there is a crack which needs to be repaired.

Item 51) The flybridge cover which was included in the sale remains undelivered by the dealer.

Submitted without prejudice,
MARINE SAFETY CONSULTANTS, INC.

Dennis J. Layfield

**Dennis J. Layfield, NAMS-CMS**
Senior Marine Surveyor

NATIONAL ASSOCIATION OF MARINE SURVEYORS, INC.
DENNIS J. LAYFIELD
No.
121-661
CERTIFIED MARINE SURVEYOR

DJL/ml

Enclosures:
1. Photographs
2. Copy USCG vessel documentation
3. Copy Purchase Agreement dated 5/25/06
4. Copy Beacon Credit document
5. Copy MSC Condition Survey Report
6. MSC, Inc. invoice (marked paid)

\\server\mscdata\company\loss & damage\aurgemma, anthony j. l&d 07-1391.doc

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 1**

| | |
|---|---|
| VESSEL | : M/V ANDIAMO! |
| OWNER | : Anthony Aurgemma |
| TAKEN BY | : Dennis J. Layfield, NAMS-CMS |
| DATE TAKEN | : December 20, 2007 |



DESCRIPTION: Front view of hauled and stored for 2007-2008 winter storage season.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 2**

VESSEL : M/V ANDIAMO!
OWNER : Anthony Aurgemma
TAKEN BY : Dennis J. Layfield, NAMS-CMS
DATE TAKEN : December 20, 2007



DESCRIPTION: Stern view of vessel.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 3**

VESSEL : M/V ANDIAMO!
OWNER : Anthony Aurgemma
TAKEN BY : Dennis J. Layfield, NAMS-CMS
DATE TAKEN : December 20, 2007



DESCRIPTION: Showing Item # 20 in survey report; delamination port corner of swim platform.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 4**

VESSEL : M/V ANDIAMO!
OWNER : Anthony Aurgemma
TAKEN BY : Dennis J. Layfield, NAMS-CMS
DATE TAKEN : December 20, 2007



DESCRIPTION: Showing poor bedding around life stanchions. This is Item # 21 in survey report.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 5**

| | |
|---|---|
| VESSEL | : M/V ANDIAMO! |
| OWNER | : Anthony Aurgemma |
| TAKEN BY | : Dennis J. Layfield, NAMS-CMS |
| DATE TAKEN | : December 20, 2007 |



DESCRIPTION: Poor patch (not visible) on starboard side at sliding door. This is Item # 8 in survey report.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 6**

| | |
|---|---|
| VESSEL | : M/V ANDIAMO! |
| OWNER | : Anthony Aurgemma |
| TAKEN BY | : Dennis J. Layfield, NAMS-CMS |
| DATE TAKEN | : December 20, 2007 |



DESCRIPTION: Electric windows, port side inoperative with erasure holding window closed. This is noted as Item # 3 in survey.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 7**

VESSEL : M/V ANDIAMO!
OWNER : Anthony Aurgemma
TAKEN BY : Dennis J. Layfield, NAMS-CMS
DATE TAKEN : December 20, 2007



DESCRIPTION: Forward facing windshield rubber gasket revealing “bubble”. This is Item # 19 in survey report.

MSC, Inc.
File No.: 07-1391

## PHOTO SHEET NO. 8

| | |
|---|---|
| VESSEL | : M/V ANDIAMO! |
| OWNER | : Anthony Aurgemma |
| TAKEN BY | : Dennis J. Layfield, NAMS-CMS |
| DATE TAKEN | : December 20, 2007 |



DESCRIPTION: Shown is crack in base of remote spotlight, which is Item # 22.

MSC, Inc.
File No.: 07-1391

## PHOTO SHEET NO. 9

| | |
|---|---|
| VESSEL | : M/V ANDIAMO! |
| OWNER | : Anthony Aurgemma |
| TAKEN BY | : Dennis J. Layfield, NAMS-CMS |
| DATE TAKEN | : December 20, 2007 |



DESCRIPTION: Here we show a poor caulking repair beneath the sun pad on the port side. Please see Item # 49 in survey report.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 10**

VESSEL : M/V ANDIAMO!
OWNER : Anthony Aurgemma
TAKEN BY : Dennis J. Layfield, NAMS-CMS
DATE TAKEN : December 20, 2007



DESCRIPTION: Overview of sun pad cushions with different colors. Please see Item # 13 in survey report.

MSC, Inc.
File No.: 07-1391

# PHOTO SHEET NO. 11

VESSEL : M/V ANDIAMO!
OWNER : Anthony Aurgemma
TAKEN BY : Dennis J. Layfield, NAMS-CMS
DATE TAKEN : December 20, 2007



DESCRIPTION: There are several hairline stress cracks.

MSC, Inc.
File No.: 07-1391

## PHOTO SHEET NO. 12

| | |
|---|---|
| VESSEL | : M/V ANDIAMO! |
| OWNER | : Anthony Aurgemma |
| TAKEN BY | : Dennis J. Layfield, NAMS-CMS |
| DATE TAKEN | : December 20, 2007 |



DESCRIPTION: Show are random fiberglass stress cracks at the ladder leading to the flybridge. This is also Item # 23 in the survey report.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 13**

VESSEL : M/V ANDIAMO!
OWNER : Anthony Aurgemma
TAKEN BY : Dennis J. Layfield, NAMS-CMS
DATE TAKEN : December 20, 2007



DESCRIPTION: Show is unknown type of insulation at radar mount to stop leaks to interior. This is Item # 36 in survey report.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 14**

| | |
|---|---|
| VESSEL | : M/V ANDIAMO! |
| OWNER | : Anthony Aurgemma |
| TAKEN BY | : Dennis J. Layfield, NAMS-CMS |
| DATE TAKEN | : December 20, 2007 |



DESCRIPTION: The flybridge plastic deck drain is fractured on the port side. This is Item # 24 in survey report.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 15**

| | |
|---|---|
| VESSEL | : M/V ANDIAMO! |
| OWNER | : Anthony Aurgemma |
| TAKEN BY | : Dennis J. Layfield, NAMS-CMS |
| DATE TAKEN | : December 20, 2007 |



DESCRIPTION: Area shown is immediately inside sliding door to interior, where approximately 2" of rain water had collected from overhead leaks. This is discussed in Item # 40 and # 44 in the survey report.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 16**

VESSEL : M/V ANDIAMO!
OWNER : Anthony Aurgemma
TAKEN BY : Dennis J. Layfield, NAMS-CMS
DATE TAKEN : December 20, 2007



DESCRIPTION: The left side of the interior love seat had a single significant gouge. The dealer has made what we consider to be a less than quality repair. This is Item # 4 in survey report.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 17**

VESSEL : M/V ANDIAMO!
OWNER : Anthony Aurgemma
TAKEN BY : Dennis J. Layfield, NAMS-CMS
DATE TAKEN : December 20, 2007



DESCRIPTION: The Corian countertop in the galley has a large scratch. Item # 11 describes the scratch in survey report.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 18**

VESSEL : M/V ANDIAMO!
OWNER : Anthony Aurgemma
TAKEN BY : Dennis J. Layfield, NAMS-CMS
DATE TAKEN : December 20, 2007



DESCRIPTION: Behind cherry grate is large area where bulkhead was found missing upon delivery with dealer applying foam to cover area. This is Item # 34 in survey report.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 19**

| | |
|---|---|
| VESSEL | : M/V ANDIAMO! |
| OWNER | : Anthony Aurgemma |
| TAKEN BY | : Dennis J. Layfield, NAMS-CMS |
| DATE TAKEN | : December 20, 2007 |



DESCRIPTION: Leaks continue passing through cherry vents over galley stove. This is discussed in Item # 49 in survey report.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 20**

| | |
|---|---|
| VESSEL | : M/V ANDIAMO! |
| OWNER | : Anthony Aurgemma |
| TAKEN BY | : Dennis J. Layfield, NAMS-CMS |
| DATE TAKEN | : December 20, 2007 |



DESCRIPTION: Interior, starboard, outboard of sliding door continuous leaks appear. Item # 49 discusses this deficiency in survey report.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 21**

VESSEL : M/V ANDIAMO!
OWNER : Anthony Aurgemma
TAKEN BY : Dennis J. Layfield, NAMS-CMS
DATE TAKEN : December 20, 2007



DESCRIPTION: Interior, starboard, outboard of sliding door continuous leaks appear. Item # 49 discusses this deficiency in survey report.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 22**

VESSEL : M/V ANDIAMO!
OWNER : Anthony Aurgemma
TAKEN BY : Dennis J. Layfield, NAMS-CMS
DATE TAKEN : December 20, 2007



DESCRIPTION: Here we show the overhead interior panels that vibrate, resulting in annoying sounds when the vessel is underway. Item # 37 discusses this condition in the survey report.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 23**

VESSEL : M/V ANDIAMO!
OWNER : Anthony Aurgemma
TAKEN BY : Dennis J. Layfield, NAMS-CMS
DATE TAKEN : December 20, 2007



DESCRIPTION: Shown is hardware which holds cabinet door open. Repair is improper because fastening holes are now visible. A new matching door must be prepared and installed. This is Item # 39 in our report.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 24**

| | |
|---|---|
| VESSEL | : M/V ANDIAMO! |
| OWNER | : Anthony Aurgemma |
| TAKEN BY | : Dennis J. Layfield, NAMS-CMS |
| DATE TAKEN | : December 20, 2007 |



DESCRIPTION: This shows the Webasto air conditioning units which were confirmed to be the improper units for the vessel. We discuss this matter in Item # 2 in survey report.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 25**

| | |
|---|---|
| VESSEL | : M/V ANDIAMO! |
| OWNER | : Anthony Aurgemma |
| TAKEN BY | : Dennis J. Layfield, NAMS-CMS |
| DATE TAKEN | : December 20, 2007 |



DESCRIPTION: Shown is fresh water coolant expansion for starboard engine, in which technician found collection of soot in coolant during winterization procedure. We discuss this in Item # 1 in survey report.

MSC, Inc.
File No.: 07-1391

**PHOTO SHEET NO. 26**

VESSEL : M/V ANDIAMO!
OWNER : Anthony Aurgemma
TAKEN BY : Dennis J. Layfield, NAMS-CMS
DATE TAKEN : December 20, 2007



DESCRIPTION: Common deck drain manifold along starboard found cracked with water dripping from manifold. This is discussed in Item # 50 in survey report.

Coast Guard Vessel Documentation

**Data found in current database.**

| | | | |
|---|---|---|---|
| Vessel Name: | **ANDIAMO** | USCG Doc. No.: | **1189352** |
| Vessel Service: | RECREATIONAL | IMO Number: | * |
| Trade Indicator: | Recreational | Call Sign: | * |
| Hull Material: | FRP (FIBERGLASS) | Hull Number: | XAX43436F607 |
| Ship Builder: | AZIMUT BENETTI SPA | Year Built: | 2006 |
| | | Length (ft.): | 41.8 |
| Hailing Port: | EAST GREENWICH RI | Hull Depth (ft.): | 6.8 |
| Owner: | ANTHONY J AURGEMMA<br>375 GILBERT STUART DR<br>WARWICK, RI 02818 | Hull Breadth (ft.): | 13.8 |
| | | Gross Tonnage: | 26 |
| | | Net Tonnage: | 21 |
| Documentation Issuance Date: | August 09, 2007 | Documentation Expiration Date: | September 30, 2008 |
| **Previous Vessel Names:** | No Vessel Name Changes | **Previous Vessel Owners:** | No Vessel Owner Changes |

**PURCHASE AGREEMENT**

SOLD TO: Anthony Aurgemma — CELL (401) 641-6400 — BUS. PHONE (401) 739-1000 — DATE 5/25/06
FIRST / MIDDLE I. / LAST / HM. PHONE / BUS. PHONE

ADDRESS: 375 Gilbert Stuart Drive, Warwick, RI 02818 — NEW ☑ USED ☐

| | YEAR | MANUFACTURER | MODEL | SERIAL NO. | STOCK NO. |
|---|---|---|---|---|---|
| BOAT | 2007 | AZIMUT | 43 | | |
| MOTOR | 2007 | CUMMINS (TWIN) | QSB5.9 (425HP each) | | |
| TRAILER | | | | | |

Forward Deck sunbathing cushions
Black mesh windshield cover (Front & sides)
Decor Exclusive
Teak laid cockpit floor
Teak laid swim platform
Chain counter w/ bridge controls
Bow thruster
Trim tab indicator on flybridge
Double Racor filters on main engines
Extra pair watertight stereo speakers
CD changer
Refrigerator in cockpit
Flybridge table
Convertible sofa/bed in salon (in lieu of standard)
Two lamps in salon
Folding cockpit table
Set of towels w/ Azimut mark in each head compartment
1 set of linens per cabin (total of 2)
1 set of linens for sofa bed
1 set of pottery
Mosquito net to the portholes
TV package (LCD in salon and master stateroom)
Raymarine new E-Series style (E-120) color radar chart plotter
New E-Series style (E-120) color flybridge repeater

Additional INCLUDED OPTIONS:

Raymarine 48-nm Radar Antenna
Second control for electric search light
Hydraulic Passarelle
Freight, make ready and commissioning
Full Coast Guard Kit
Add:
110V outlet on bridge
Flag pole
- Bridge cover
Note: Deal contingent upon acceptable financing to buyer

**DESCRIPTION OF TRADE-IN**

TRADE: 2005 SEARAY 390 SUNDANCER

TRADE-IN DELIVERY DATE

| | |
|---|---|
| TOTAL CASH DELIVERED PRICE | 540,000 – |
| LESS TRADE | 260,000 – |
| BALANCE | 280,000 – |
| PLUS TAXES | |
| BALANCE | |
| REGISTRATION AND TITLE SERVICE | |
| Administration Fee | 300 – |
| Fuel to be billed separately | |
| BALANCE | |
| LESS DEPOSIT ON ORDER | |
| PLUS TRADE-IN DEBT | |
| BALANCE DUE | |

BUYER IS SOLELY RESPONSIBLE FOR THE PAYMENT OF ALL APPLICABLE LOCAL, STATE AND/OR FEDERAL TAXES.

BUYER AGREES THAT THE BALANCE DUE ON DELIVERY WILL BE PAID BY CASHIER'S CHECK, WIRE TRANSFER, OR A TIME SALE. IF A TIME SALE, THIS AGREEMENT IS NOT FINAL AND BINDING ON SELLER UNLESS (1) BUYER'S CREDIT HAS BEEN APPROVED BY A BANK OR FINANCE COMPANY THAT AGREES TO PURCHASE A RETAIL INSTALLMENT CONTRACT BASED UPON THIS AGREEMENT, (2) APPROPRIATE FINANCING DISCLOSURES ARE MADE AND (3) BUYER HAS EXECUTED A RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT.

THIS AGREEMENT IS NOT FINAL AND BINDING ON SELLER UNLESS APPROVED AND SIGNED BY A MANAGER OF SELLER.

BUYER ACKNOWLEDGES RECEIVING A FULLY COMPLETED COPY OF THIS AGREEMENT. BUYER ACKNOWLEDGES READING AND UNDERSTANDING ALL OF THE TERMS AND CONDITIONS IN THIS AGREEMENT, INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS AGREEMENT.

SEE THE REVERSE SIDE OF THIS AGREEMENT FOR IMPORTANT INFORMATION REGARDING LIMITATIONS OF WARRANTIES.

ESTIMATED DELIVERY DATE: ____________

FOR SELLER: ____________ SALES CONSULTANT

APPROVED: ____________

SIGNED X [signature] 5/25/06 BUYER

SIGNED X ____________ BUYER

Copied copy sheet

11/13/2006 16:02 8604342906 BEACON CREDIT PAGE 02/02

Jun 28 06 12:31p CHOICE MARINE BROKERS LLC (401) 886-8007 p.1

SOLD TO 693494 ANTHONY AURGEMMA — FIRST / MIDDLE I. / LAST — HM. PHONE 401-641-6400 — BUS. PHONE — DATE 05/30/06

ADDRESS 1815 Post Rd. Warwick, RI 02886 — NEW [X] USED [ ]

2182/ 2987

| | YEAR | MANUFACTURER | MODEL | SERIAL NO. | STOCK NO. |
|---|---|---|---|---|---|
| BOAT | 2007 | AZIMUT | AZ43-FLY | SF69 | 40735 |
| MOTOR | | CUMMINS | QSB 425 425 | | |
| TRAILER | | | | | |

---STANDARD EQUIPMENT---
See Buyers Guide for Std Equipment
Maximum Length 42' 4"
Hull Beam 13' 10" 4'2"
~~Draft 2' 7"~~
Fuel Capacity 291 Gal
Fresh Water Capacity 132 Gal
Electronic Engine Controls
Mahogany or Moaby Floors in Galley
---US CUSTOMIZATION PKG---
Fog Bell
~~Shipment Cradle~~ 3 not CruAir weasto
VHF w/US Channels
Tropical A/C CrusAir 40,000 BTU
Shore Water Connection
~~Bilge Water Discharge Thru Engine~~
Racor Fuel Filter on Main Engine
Racor Filter on Generator
Seafire Fire Fighting System
Hydraulic Steering Pump
Adjustable Steering Wheel, both Consoles
Adjustable Seat on F/B
Vimar Dimmer Switches, Salon/Mstr Cabin
Electric Searchlight Fwd on Windshield
US Microwave
10kW Generator w/Racor Fuel Filter & Exhaust Water Separator
Reverse Polarity Indicator
~~NMC Engine Synchronizer~~ EW
TV/VCR Predisposition in Salon/Mstr
TV/Phone Connections w/US Fitting
Bilge Pump Jabsco
~~Flybridge Sunbathing Cushions~~
Flybridge Helm & Helm Seat cover
Flybridge Hatch
Windshield Cover

~~Depth Sounder/Speed Repeater, F/B~~
Trim Tabs w/Dual Station Controls
Portable Searchlights w/Connection on F/B
USCG Approved Navigation Lights
Flush-Mount Sea Strainers
Stereo, AM/FM/CD in Salon w/Speakers
2 Waterproof Stereo Speakers on F/B
Tecma Head System
Safety Rail on Flybridge
---OPTIONAL EQUIPMENT---
Cummins T-QSB 425
Forward Deck Sunbathing Cushions
Black Mesh Windshield Cover (front/sides) in lieu of Standard Canvas
Decor Exclusive
Teak Laid Cockpit Floor
Teak Laid Swim Platform
Chain Counter w/Main Bridge Controls (fly control on 43)
Bow Thruster (4.4 kw on 39 & 43, 6 kw on 46 & 50, 5.5 kw on 55, 10 kw on 62 & 68)
Trim Tab Indicator on Flybridge
Double Racor Filters on Main Engine
CD Changer
Refrigerator in Aft Bench Cockpit
Convertible Sofa/Bed in Salon (i/o STD sofa)
(2) Lamps in Salon
Flybridge Table
Set of Towels w/Azimut Mark (ea Head Compartment)
Set of Linen (each cabin)
Set of Pottery
Mosquito Net to the Portholes
Builder's Certificate and NSO
34 gal Refrig + 14.5 gal Separate Freezer
Extendable Cockpit Table w/Four Chairs (Folding on 43)
Raymarine Plotter, E-Series, Color
Raymarine Fly Repeater, E-Series, Color
~~BIMINI TOP~~
~~CANVAS COVER~~ - Canvas cover
~~DSC SYSTEM~~
TV PACKAGE

--- DEALER INSTALLED OPTION ---

ALL FACTORY AND DEALER INCENTIVES HAVE BEEN APPLIED AT TIME OF SALE, NO ADDITIONAL INCENTIVES WILL BE HONORED.
COAST GUARD EQUIPMENT
DEAL CONTINGENT ON ACCEPTABLE FINANCING
RAYMARINE 4KW RADAR ANTENNA
2ND CTRL FOR ELEC SEARCHLIGHT
HYDRAULIC PASSARELLE
110V OUTLET ON BRIDGE
FLAGPOLE

X [signature]
DARREN THURMAN, CHOICE MARINE BROKE

**DESCRIPTION OF TRADE IN**

TRADE
2005 SEA RAY SEA RAY 390 SUNDANCER

TRADE-IN DELIVERY DATE

| | |
|---|---|
| TOTAL CASH DELIVERED PRICE | 540000.00 |
| LESS TRADE | 260000.00 |
| BALANCE | 280000.00 |
| PLUS TAXES | N/A |
| BALANCE | 280000.00 |
| REGISTRATION AND TITLE SERVICE | |
| DOC FEE | 300.00 |
| BALANCE | 280300.00 |
| LESS DEPOSIT ON ORDER | 10000.00 |
| | N/A |
| | 270300.00 |

BUYER IS SOLELY RESPONSIBLE FOR THE PAYMENT OF ALL APPLICABLE LOCAL, STATE AND/OR FEDERAL TAXES.

BUYER AGREES THAT THE BALANCE DUE ON DELIVERY WILL BE PAID BY

ANTHONY AURGEMMA
375 GILBERT STUART DRIVE
WARWICK, RI 02818

5-7515/110
4800495165 2

235

5/24/06

Marine Max    10,000 00/00

Ten Thousand and 00/100

Sovereign Bank
sovereignbank.com

Dp. 07' Azimut 43'

[signature]

⑆011075150⑆ 4800495165 2⑈ 0235

...ECEIVING A FULLY COMPLETED COPY ...YER ACKNOWLEDGES READING AND ...HE TERMS AND CONDITIONS IN THIS ...HE TERMS AND CONDITIONS ON THE ...EEMENT.

...F THIS AGREEMENT FOR IMPORTANT ...IMITATIONS OF WARRANTIES.

X [signature]