APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Rhode Island

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

# *DEMANDE*

## *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

PROCURA REPUBBLICA TRIBUNALE TORINO

ORIGINALE DA RETOURNER

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD/<br>CIVIL ACTION GROUP<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122 U.S.A.<br>Tel. 952.831.7776 Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | UFFICIO DEGLI UFFICIALI GIUDIZIARI<br>Viale Giulio Cesare, 52<br>Rome 00192<br>Italy |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* Azimut Benetti SpA doing business as Azimut Yachts
Via Martin Luther King 9/11, 10051 Avigliana (Torino), Italy
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Documents to be Served
Summons in a Civil Case
Complaint
Exhibit 1 and Exhibit 2
Translations

Civil Action Group
7800 Glenroy Road
Minneapolis, MN 55439-3122

Done at / *Fait à* Minneapolis, Minnesota, U.S.A., the / *le* 3/27/2008

Signature and/or stamp.
*Signature et/ou cachet.*

Glenda Fichtner

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles*

Case Name: Anthony Aurgemma v. Azimut Benetti SpA d/b/a Azimut Yachts
Defendant: Azimut Benetti SpA doing business as Azimut Yachts
Court Case No.: CA 08 83s

**CERTIFICATE**
***ATTESTATION***

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) **that the document has been served***
*1. que la demande a été exécutée*
- **the (date)**
- *le (date)* 23/04/2008
- **at (place, street, number)**
- *à (localité, rue numéro)* AVIGLIANA (TO) VIA M. L. KING 8/11

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*

[X] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] **(b) in accordance with the following particular method*:**
*b) selon la forme particulière suivante:*

[ ] **(c) by delivery to the addressee, who accepted it voluntarily.***
*c) par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
- **(identity and description of person)**
- *(identité et qualité de la personne)* MR. GARASSINO UGO - VICE Direttore Generale della Società
- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* VICE DIRETTORE GENERALE

2) **that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: **Summary of the Document to be Served, Summons in a Civil Case, Complaint, Exhibit 1 and Exhibit 2, Translations**

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

**Done at** SUSA (TO) ITALY, **the** 23-4-08
*Fait à* , *le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

UFFICIALE GIUDIZIARIO ... PIETROLLINI



* **Delete if inappropriate.**
*Rayer les mentions inutiles.*

Case Name: Anthony Aurgemma v. Azimut Benetti SpA d/b/a Azimut Yachts
Defendant: Azimut Benetti SpA doing business as Azimut Yachts
Court Case No.: CA 08 83s

# CERTIFICATE
## *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1) that the document has been served***
*1. que la demande a été exécutée*

- **the (date)**
- *le (date)* 4/23/2008
- **at (place, street, number)**
- *à (localité, rue numéro)* Via M.L.K. 9/11, Avigliana (TO)

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*

[X] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] **(b) in accordance with the following particular method*:**
*b) selon la forme particulière suivante:*

[ ] **(c) by delivery to the addressee, who accepted it voluntarily.***
*c) par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*

- **(identity and description of person)**
- *(identité et qualité de la personne)* Mr. Garassino Ugo, on behalf of the General Manager of the company
- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* on behalf of the General Manager

**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Summons in a Civil Case, Complaint, Exhibit 1 and Exhibit 2, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

**Done at** , **the**
*Fait à* Susa (TO), Italy , *le* 4/23/2008

**Signature and/or stamp.**
*Signature et/ou cachet.*

THE COOURT CLERK
(Dr. Riccardo PIETROLLINI
*/s/ illegible*

* **Delete if inappropriate.**
*Rayer les mentions inutiles.*

COURT OF TURIN - DETACHED SECTION OF SUSA

Upon request of *(name illegible,)* I have served the foregoing document upon ***Azimut Benetti SpA, Via M. L. King, 9/11, Avigliana,*** by delivering a true copy personally to ***Garassino Ugo on behalf of the General Manager of the company.***

*Avigliana, **04/23/08***

*Acknowledgment of Receipt*
*Ugo Garassino*

THE COURT CLERK
(Dr. Riccardo PIETROLLINI)
*/s/ illegible*